UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00391-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DENNIS ARMIJO,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A supervised release violation hearing is re-set in the above-captioned case for **Friday, March 16, 2012, at 1:30 p.m.**

    Dated: January 17, 2012